# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3721
LT Case No. 09-2025-CA-309-A

_____

ROBBIE SMITHER,

Appellant,

v.

E CARE AMBULANCE, INC.,

Appellee.

_____

Nonfinal appeal from the Circuit Court for Citrus County.
Carol A. Falvey, Judge.

Robbie Smither, Gibsonton, pro se.

Alberto Naranjo, of AN Law Firm, P.A., Miami Lakes, for
Appellee.

July 16, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EDWARDS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____